UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00184-1F
NO. 5:15-CR-00184-2F
NO. 5:15-CR-00184-3F
NO. 5:15-CR-00184-4F
NO. 5:15-CR-00184-5F
NO. 5:15-CR-00184-6F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER TO REASSIGN |
| | ) | |
| MUDIWA RUFARO MAKONI | ) | |
| JUDSON HUGH DEBNAM | ) | |
| MAURICE DONYAL KERSEY | ) | |
| DARRYL BERNARD PEARSALL JR. | ) | |
| ELIZABETH PAIGE SYKES | ) | |
| JOHN BOYNTON SIDBURY | ) | |

This matter comes before the Court upon the motion of the United States for the reassignment of the above-captioned case from Judge James C. Fox to Judge W. Earl Britt, and for good cause shown, it is hereby ORDERED that said case shall be reassigned to Judge W. Earl Britt.

IT IS SO ORDERED.

This the 27 day of August, 2015.

_____
James C. Fox
Senior United States District Judge