IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-184-F

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Mudiwa Rufaro Makoni (1), | ) | **REASSIGNMENT ORDER** |
| Judson Hugh Debnam (2), | ) | |
| Maurice Donyal Kersey (3), | ) | |
| Darryl Bernard Pearsall Jr. (4), | ) | |
| Elizabeth Paige Sykes (5), | ) | |
| John Boynton Sidbury (6), | ) | |
| | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is hereby reassigned to Senior United States District Judge W. Earl Britt to conduct all proceedings in this matter. **All future pleadings should reflect the revised case number of 5:15-CR-184-BR.**

SO ORDERED. This 31st day of August, 2015.

Julie Richards Johnston
Clerk of Court