IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-184-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| MUDIWA RUFARO MAKONI ) | |
| JUDSON HUGH DEBNAM ) | |
| MAURICE DONYAL KERSEY ) | |
| DARRYL BERNARD PEARSALL, JR. ) | |
| ELIZABETH PAIGE SYKES ) | |
| JOHN BOYNTON SIDBURY ) | |
| Defendants. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned cases are reassigned to the Honorable Louise W. Flanagan, United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 5:15-CR-184-FL.**

This 30th day of November, 2015.

_____
CLERK OF COURT